FILED 06 NOV '12 17:08 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR- 594-mo |
| v. | INDICTMENT |
| NICHOLAS MICHAEL ALEXAKIS, | 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 853 |

THE GRAND JURY CHARGES:

COUNT 1
(Possession with Intent to Distribute Methamphetamine)

On or about May 9, 2012, in the District of Oregon, **NICHOLAS MICHAEL ALEXAKIS**, defendant herein, knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the amount of methamphetamine involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

///

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 and 2 of this Indictment, defendant **NICHOLAS MICHAEL ALEXAKIS**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, to include, the sum of $1,665.00 in U.S. currency.

DATED this ___ day of November 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

JOHNATHAN S. HAUB, OSB #76165
Assistant United States Attorney

Indictment                                                                                         Page 2