Gerald M. Needham, OSB # 96374
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204-3228
Tel:   (503) 326-2123
Fax:   (503) 326-5524
Email: jerry_needham@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               **Plaintiff,**<br><br>       v.<br><br>NICHOLAS M. ALEXAKIS,<br><br>               **Defendant.** | Case No. 3:12-cr-00594-MO<br><br>**MOTION TO CONTINUE SENTENCING DATE** |

      NOW COMES Nicholas M. Alexakis, through his attorney, Gerald M. Needham, and moves to continue the presently scheduled sentencing date of April 24, 2014, to the week of June 23, 2014, or a date thereafter convenient to the Court.

      On December 19, 2013, Mr. Alexakis entered a plea of guilty to one count of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1). Mr. Alexakis has been released on pretrial conditions. He is in compliance with those conditions.

Assistant United States Attorney John Haub has authorized counsel to represent the government is joining in the motion to continue the sentencing. The resolution of another federal indictment will impact the government's sentencing recommendation in the instant matter.

United States Probation Officer Joni Eisenbrandt has been advised of the motion and has no objection.

Counsel has spoken with Mr. Alexakis concerning the need for the continuance of his sentencing. Although the Speedy Trial Act is not implicated, Mr. Alexakis authorized counsel to represent he consents to the continuance.

RESPECTFULLY SUBMITTED this February 26, 2014.

/s/ Gerald M. Needham
Gerald M. Needham
Attorney for Defendant

PAGE 2.    MOTION TO CONTINUE SENTENCING DATE